AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

## SOUTHERN DISTRICT OF FLORIDA

SkyKnight Air Services, Inc.
Brian Kilcullen

### V.

Guy Lewis, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   02-60964 CIV-WJZ

TO: (Name and address of defendant)

John Devaney
9701 Weathervane Manor
Plantation, FL  33324



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Kilcullen, Pro Se
1208 Seminole Drive
Fort Lauderdale, FL  33304

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE   AUG 1 5 2002